**Fill in this information to identify the case:**

Debtor 1: Glenn Clark Olsen

Debtor 2 (Spouse, if filing): Patricia Marie Olsen

United States Bankruptcy Court for the: Boston District of MA (State)

Case number: 17-10797 CJP

# Form 4100R
## Response to Notice of Final Cure Payment                                  10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank, National Association as Trustee of Igloo Series IV Trust

**Court claim no.** (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account: 6 6 2 3

**Property address:** 7 Boardman Street
Norfolk, MA 02056

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 07/01/2022 (MM/DD/YYYY)

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a. Total postpetition ongoing payments due:  (a) $ _____

  b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____

  c. **Total**. Add lines a and b.  (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/_____ (MM/DD/YYYY)

| | | | |
|---|---|---|---|
| Debtor 1 | Glenn Clark Olsen | Case number (*if known*) | 17-10797 CJP |
| | First Name  Middle Name  Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | | | |
|---|---|---|---|
| | ✗ /s/ Robert F. Tenney | Date | 07/06/2022 |
| | Signature | | |
| Print | Robert F. Tenney | Title | Partner |
| | First Name  Middle Name  Last Name | | |
| Company | Cunningham, Machanic, Cetlin, Johnson, Harney & Tenney, LLP | | |

**If different from the notice address listed on the proof of claim to which this response applies:**

| | | |
|---|---|---|
| Address | 220 No. Main Street | |
| | Number  Street | |
| | Natick, MA  01760 | |
| | City  State  ZIP Code | |
| Contact phone | (508) 651-7524 | Email rtenney@cmlaw.net |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

|  |  |
|---|---|
| In re:   Glenn Clark Olsen and Patricia Marie Olsen,<br><br>     Debtors | )<br>)<br>)<br>)<br>)<br>)<br>)    Chapter 13<br>)    Case No. 17-10797 CJP |

## CERTIFICATE OF SERVICE

I, Robert F. Tenney, Esquire, state that on July 6, 2022, I electronically filed the foregoing RESPONSE TO NOTICE OF FINAL CURE PAYMENT with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System.  I served the foregoing documents on the following CM/ECF participants:

Carolyn Bankowski, Esq.
Michael Van Dam, Esq.
John Fitzgerald, Esq.
Sarah B. Gullon, Esq.
Jeffrey J. Hardiman, Esq.
Derek A. Castello, Esq.
Steven G. Manchini, Esq.

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

| | |
|---|---|
| Glenn Clark Olsen<br>7 Boardman Street<br>Norfolk, MA 02056 | |
| Patricia Marie Olsen<br>7 Boardman Street<br>Norfolk, MA 02056 | |

U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES IV TRUST,
By its attorney,
/s/ *Robert F. Tenney*
Robert F. Tenney (BBO #565092)
Cunningham, Machanic, Cetlin
Johnson, Harney & Tenney, LLP
220 North Main Street
Natick, MA  01760
(508) 651-7524
rtenney@cmlaw.net

#624066